UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| SUGAR RAY BULLOCK | CIVIL ACTION NO. 08-cv-1333 |
| VERSUS | JUDGE HICKS |
| LEE ODOLLERY SMITH, JR., ET AL | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's **Voluntary Motion to Dismiss (Doc. 15)** is **granted** and this civil action is **dismissed without prejudice.**

THUS DONE AND SIGNED at Shreveport, Louisiana, this the __7th__ day of __July,__ 2009.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE